UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MELVIN GAMAGE**                                                                   **PLAINTIFF**

**v.**                                                                   **No. 4:04CV115-WAP-JAD**

**HERMAN JONES, ET AL**                                                 **DEFENDANTS**

**FINAL JUDGMENT**

On consideration of the file and records in this action, pursuant to 28 U.S.C. §636(b)(1)(B), by the Magistrate Judge, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated March 15, 2006, was on that date duly served by first class mail upon plaintiff and counsel of record for the defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore **ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated March 15, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That this case is **DISMISSED** without prejudice.

3. That this case is **CLOSED.**

THIS, the 20th day of April, 2006.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE